UST-32, 3-03

SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| INAI KORAN | ) | CASE NO. 05-06213-JMM |
| KORAN, PATRICIA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 116 | 8/31/09 | ***DEBTOR-EXCESS FUNDS***<br>Inai & Patricia Koran<br>P O Box 86271<br>Tucson AZ 85754 | 82.22 |

*December 10, 2009*          */s/ Sharon Maxwell*
DATE                          Sharon Maxwell, Trustee