IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| INAI KORAN | ) | CASE NO. 4-05-06213-JMM |
| PATRICIA KORAN | ) | |
| | ) | **AMENDED APPLICATION FOR** |
| Debtor(s). | ) | **PAYMENT OF UNCLAIMED** |
| | ) | **FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 2 - INT | West Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | $29.88 | $29.88 |
| Add'l Surplus<br>To Debtors | INAI KORAN<br>PATRICIA KORAN<br>557 W THURBER RD APT 49<br>TUCSON, AZ 85705 | $52.34 | $52.34 |

     5/18/11                                   /s/ SJK
          Date                                      Stanley J. Kartchner, Trustee